

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) ) | CIVIL ACTION NO. <br> 3:08cv628-REP |
| Plaintiff, ) <br> v. ) ) | **COMPLAINT** <br> **JURY TRIAL DEMAND** |
| AIRGAS CARBONIC, INC. ) ) | |
| Defendant. ) ) ) | |



## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race (Black/African-American), and to provide appropriate relief to Clarence Seay. Specifically Plaintiff, Equal Employment Opportunity Commission (the "EEOC" or the "Commission") alleges that Defendant Airgas Carbonic, Inc. ("Defendant") failed to promote Clarence Seay to the position of plant manager because of his race, African-American.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.



1

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Virginia.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been doing business in the State of Virginia and the City of Hopewell, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Clarence Seay filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or around August 8, 2005, Defendant engaged in unlawful employment practices at its facility in Hopewell, Virginia, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1) when it failed to promote lead operator Clarence Seay, who had been employed by Defendant since 1991, to the position of plant manager because of his race, African-American. Defendant did not post the vacant plant manager position. Seay was fully qualified for the position and would have applied for the position had it been posted. However,

rather than post the position, Defendant placed a less qualified white employee who had been with the company for less than three years, into the position.

8. The effect of the practice complained of in paragraph 7 above has been to deprive Clarence Seay of equal employment opportunities and otherwise adversely affect his status as an employee because of his race, Black/African American.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Clarence Seay.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with them, from discriminating on the basis of race, or any other employment practice which discriminates on the basis of race.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for African Americans and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Clarence Seay by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described in paragraph 7 above, including but not limited to medical expenses, in amounts to be determined at trial.

D.  Order Defendant to make whole Clarence Seay by providing compensation for past and future nonpecuniary losses resulting from the unlawful practice complained of in paragraph 7 above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self-esteem and loss of civil rights, in amounts to be determined at trial.

E.  Order Defendant to pay Clarence Seay, punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 26th day of September 2008.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

LYNETTE A. BARNES (N.C. Bar No. 19732)
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

4

129 W. Trade Street., Suite 400
Charlotte, NC 28202
Telephone: (704) 344-6880
Facsimile (704) 344-6780
E-mail: Lynette.Barnes@eeoc.gov


TRACY HUDSON SPICER (MD Bar No. 08671)
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W., Suite 100
Washington, DC 20507-1002
Telephone:    (202) 419-0711
Facsimile:    (202) 419-0701
E-mail: Tracy.Spicer@eeoc.gov


*[signature]*

KERITH COHEN (VA Bar No. 39069)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Norfolk Federal Building
200 W. Granby Street, Suite 739
Norfolk, Virginia 23510
Telephone (757) 441-3505
Facsmile: (757) 441-6720
E-mail: Kerith.Cohen@eeoc.gov

5